UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR MEHMOOD, | No. 2:18-cv-2653 CKD P |
| Plaintiff, | |
| v. | ORDER |
| USCIS, et al., | |
| Defendants. | |

On February 14, 2017, plaintiff was sentenced in 2:12-cr-0154 JAM to 54 months in the Federal Bureau of Prisons on convictions for bank fraud [18 U.S.C. § 1344(1) and (2)] and aggravated identity theft [18 U.S.C. 1028A(a)(1)]. It appears that after plaintiff was released from prison, he was arrested by the U.S. Immigration and Customs Enforcement (ICE). Plaintiff is in custody at an ICE facility in Miami.

On September 28, 2018, plaintiff initiated this action seeking a "declaration of naturalization." Under 8 U.S.C. § 1421(a), the Attorney General of the United States has "the sole authority to naturalize persons as citizens of the United States." Judicial review of a decision denying an application for naturalization must be filed in the district court for the district in which the applicant resides. Id. at § 1421(c).

In light of the foregoing, it is clear the court either does not have jurisdiction over plaintiff's request for a "declaration of naturalization," or this court is not the proper venue. Since the United States District Court for the Southern District of Florida would be the proper

1

venue for review of the denial of an application for naturalization, the court will transfer this action there pursuant to 28 U.S.C. §14046(a).

In accordance with the above, IT IS HEREBY ORDERED that:

1. All outstanding motions are denied; and

2. This action is transferred to the United States District Court for the Southern District of Florida.

Dated: March 21, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

[1] mehm2653.scrn